# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RAYCO TRAYLOR, | Case No. 24-CV-4619 (LMP/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| STACI STONE, sued in her individual and official capacity; MN DEPARTMENT OF CORRECTIONS, individual and official capacities; BERO, Lieutenant, individual capacity; JOHN DOES/JANE DOES, Individual and official capacities, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT:

1. The application to proceed *in forma pauperis* of Rayco Traylor, (Dkt. No. 2), is GRANTED.

2. Mr. Traylor must pay the unpaid balance $350.00 of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where Mr. Traylor is confined.

3. Mr. Traylor must submit an amended complaint naming an ascertainable defendant, and against whom a viable claim for relief has been pleaded for failing to provide him with "keep on person" or prescribed medications

between December 11, 2024 and December 17, 2024. This amended complaint must be filed within 90 days of the date of this order, failing which it will be recommended that this matter be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Date: February 24, 2025                   *s/ John F. Docherty*
                                          JOHN F. DOCHERTY
                                          United States Magistrate Judge