# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RAYCO TRAYLOR, | Case No. 24-CV-4619 (LMP/JFD) |
| Plaintiff, | |
| v. | **ORDER AND**<br>**REPORT & RECOMMENDATION** |
| JOHN DOES/JANE DOES, Individual and official capacities, | |
| Defendants. | |

Plaintiff Rayco Traylor, an inmate at the Minnesota Correctional Facility in Stillwater, Minnesota ("MCF-Stillwater"), says that he was placed in segregation several times on disciplinary charges that were later dismissed and repeatedly denied his medications and access to mental health professionals in violation of his constitutional rights. (Dkt. No. 1.)

On February 24, 2025, this Court recommended that all of Mr. Traylor's claims, except those against certain unnamed officials at MCF-Stillwater, be dismissed (Report & Recommendation 16, Dkt. No. 3) and ordered that Mr. Traylor file an "amended complaint naming an ascertainable defendant, and against whom a viable claim for relief has been pleaded for failing to provide him with 'keep on person' or prescribed medications between December 11, 2024 and December 17, 2024 … within 90 days…." (Order, Dkt. No. 4.) The Court stated that failure to do so would result in the court "recommend[ing] that this matter be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil

Procedure." (*Id*.) On April 8, 2024, the District Judge assigned to this case, Judge Laura M. Provinzino, accepted the Report & Recommendation and further ordered that Mr. "Traylor must comply with the Magistrate Judge's order (ECF No. 4) to file an amended complaint naming those individual defendants by May 25, 2025." (Order Adopting R&R 3, Dkt. No 6.)

Nearly three months have passed since the deadline for Mr. Traylor to file his amended complaint. No amended complaint has been filed. The only remaining defendants, who are unnamed and unidentified, have not been served with process. Accordingly, the Court denies Mr. Traylor's Motion to Meet & Confer as moot and recommends that the remainder of the complaint be dismissed without prejudice.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion to Meet and Confer (Dkt. No. 8) be **DENIED**.

## RECOMMENDATION

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT:**

1. The petition for a writ of habeas corpus of petitioner Rayco Traylor (Dkt. No. 1) be **DENIED WITHOUT PREJUDICE**.

2. This matter be **DISMISSED**.

Date: August 18, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge

### NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).